1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MAIA T. PEREZ (MABN 672328)
   Assistant United States Attorney
5      150 Almaden Blvd., Suite 900
       San Jose, California 95113
6      Telephone: (408) 535-5061
       Facsimile: (408) 535-5066
7      Email: maia.perez@usdoj.gov

8
   Attorneys for United States of America
9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                                SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,        ) CASE NO. 21-MJ-70317-MAG
                                      )
15 |         Plaintiff,                ) STIPULATION AND ORDER CONTINUING
                                      ) STATUS HEARING AND EXCLUDING TIME
      v.                              ) FROM THE SPEEDY TRIAL ACT
16                                    ) CALCULATION
   | JEFFREY PRICE,                   )
17                                    )
   |         Defendant.                )
18 |_____)

19
                                    JOINT STIPULATION
20
       Defendant Jeffrey Price, represented by his attorney, Severa Keith, and the government,
21
   represented by Maia Perez, stipulate and agree, pending approval of the Court, that the status hearing in
22
   this matter may be continued from June 3, 2021 at 1:00 p.m. to July 28, 2021 at 1:00 p.m.
23
       The reason for the continuance is that the government recently produced additional discovery
24
   materials and time is needed for the defense to review the discovery and effectively prepare for the
25
   hearing. For this reason, the parties agree that (1) there is good cause to continue the status hearing to
26
   July 28, 2021 at 1:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d) and for extending and
27
   the 30-day time period for an indictment under the Speedy Trial Act; and (2) time be excluded under the
28

STIPULATION AND ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME
21-MJ-70317-MAG
                                                    1

Speedy Trial Act between June 3, 2021 and July 28, 2021, for effective preparation by counsel and in the interest of justice.

       IT IS SO STIPULATED.

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

Dated: June 3, 2021
       /s/
MAIA T. PEREZ
Assistant United States Attorney

Dated: June 3, 2021
       /s/
SEVERA KEITH
Counsel for Jeffrey Price

STIPULATION AND ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME
21-MJ-70317-MAG

2

ORDER

Upon the stipulation of the parties, IT IS ORDERED that defendant Jeffrey Price's June 3, 2021 status hearing be continued to July 28, 2021 at 1:00 p.m.

The Court further finds that failing to exclude the time between June 3, 2021 and July 28, 2021, would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between June 3, 2021 and July 28, 2021, outweigh the interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

With the consent of the defendant, and taking into account the public interest in the prompt disposition of criminal cases, the court sets the status hearing to July 28, 2021 at 1:00 p.m. and — based on the parties' showing of good cause — finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

IT IS SO ORDERED.

DATED: June 3, 2021

_____
HON. DONNA RYU
United States Magistrate Judge

STIPULATION AND ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME
21-MJ-70317-MAG
3