UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>            Plaintiff,<br><br>   v.<br><br>JEFFREY PRICE,<br><br>            Defendant. | Case No. 21-mj-70317-MAG-1  (SVK)<br><br>**ORDER REVOKING PRETRIAL RELEASE;  DEFENDANT TO SELF-SURRENDER BY 12 P.M. ON SEPTEMBER 29, 2021.** |

Defendant PRICE was released on a $50,000 unsecured bond with numerous conditions. PRICE currently resides at the Evolving Door Sober Living Environment ("SLE") in Scotts Valley.  On September 24, 2021, the Court received a bail violation notice from Pretrial Services recommending that PRICE's release be revoked as a danger to the community.  The Court held a hearing on September 28, 2021.  Defendant PRICE consented to appear by video in light of the public health crisis.  AUSA Mia Perez, AFPD Severa Keith and Pretrial Services Officer Jalei Kinder all appeared, also by video.

The relevant facts set forth in the violation report and recounted on the record at the hearing concern PRICE engaging with a minor away from the SLE in August 2021.  On August 29, 2021, the minor's mother by adoption, ANDREWS, picked up the minor at a motel.  The minor claimed that the previous evening she had become drunk with PRICE and that they had spent the night together at the motel.   The minor's biological mother informed ANDREWS that PRICE had borrowed her car and returned it on August 29, 2021, with the minor's vomit and drugs in the vehicle.  ANDREWS provided Pretrial Services with phone records demonstrating multiple contacts between PRICE and the minor.  Pretrial Services also reviewed video screen shots of PRICE and the minor spending time together in intimate closeness and using inhalants in

various situations. Additional, multiple short videos show the minor and PRICE in a motel room and at the beach. ANDREWS reported the incidents to the Santa Cruz county Sheriff's office, and an incident report from the Watsonville Police Department further corroborates the content of the videos, in particular the use of inhalants by PRICE and the minor.

In response to these allegations, Pretrial Services contacted PRICE. PRICE indicated that he only left the SLE for appointments or work, denying any leave outside of his court-ordered obligations. An oral swab test by PRICE conducted by Pretrial Services on September 2, 2021, was presumptively positive for Fentanyl. PRICE denied any illicit drug use.

18 U.S.C. section 3148(b) provides that the Court shall enter an order of revocation if 1) there is probable cause to believe that the person has committed a crime while on release or clear and convincing evidence that the person has violated any other condition of release and 2) there are no conditions that will assure that the person will not pose a danger to the community or that the person is unlikely to abide by conditions of release. The Court finds that there is probable cause to believe that PRICE has violated state and local laws by his own use of Fentanyl and by providing alcohol and drugs to a minor. The Court finds that there is clear and convincing evidence that PRICE left the SLE to engage with the minor in violation of his terms of release. The Court further finds that in light of the corroborating evidence regarding PRICE's engagement with the minor, there are no conditions of release that will ensure that PRICE will not pose a danger to the community.

Accordingly, PRICE is ORDERED to self-surrender to Santa Rita jail no later than 12 p.m. on Wednesday, September 29, 2021. If PRICE fails to self-surrender, the Court will issue a warrant for his arrest.

**SO ORDERED.**

Dated: September 28, 2021

SUSAN VAN KEULEN
United States Magistrate Judge

cc:USMS/PTS

2